IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| JOSHUA M. PETTIT, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. 5:13-cv-00205-DCR |
| AT&T MOBILITY LLC, AT&T MOBILITY SERVICES, LLC, AT&T CORP., and BELLSOUTH TELECOMMUNICATIONS, LLC d/b/a AT&T KENTUCKY, | |
| Defendants. | |

## NOTICE OF ADDRESS CHANGE

Cheryl R. Winn does hereby give the Court and Parties notice that effective July 16, 2013, her mailing address and phone number will change. Ms. Winn will continue to represent the Defendant in this matter.

Ms. Winn hereby requests that copies of all future filing and correspondence in this matter be sent to her at the address below:

This 17th day of July, 2013.

Respectfully submitted,

s/ Cheryl R. Winn
Cheryl R. Winn
Waters Law Group, PLLC
12802 Townepark Way, Suite 200
Louisville, KY   40243
Telephone:     (502) 425-2424
Facsimile:      (502) 425-9724
Email:            crwinn@waterslawgroup.com

ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2013, I electronically filed the foregoing Notice of Address Change with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

>Ted Houlehan
>Wolfe & Houlehan PLLC
>226 North Upper Street
>Lexington, KY  40507
>Ted@LexingtonKyLawFirm.com

>*s/ Cheryl R. Winn*
>CHERYL R. WINN